```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YONG FENG LIU,

           Plaintiff,

-against-

TOYOTA MOTOR CREDIT CORPORATION,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

           Defendants.

1:21-cv-10692 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of separate letters filed by Defendants Trans Union LLC and Experian Information Solutions, Inc informing the Court that the parties have reached a settlement in principle [ECF Nos. 20, 31]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued ***only*** as to Defendants Trans Union LLC and Experian Information Solutions, Inc without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by March 10, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: February 10, 2022**
**       New York, NY**

*(signature: Mary Kay Vyskocil)*
**MARY KAY VYSKOCIL**
**United States District Judge**