```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONG FENG LIU,

                Plaintiff,

        -against-

TOYOTA MOTOR CREDIT CORPORATION,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

                Defendants.

1:21-cv-10692 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has reviewed the joint letter and proposed case management plan [ECF Nos. 36-37] and has determined that an Initial Pre-Trial Conference is not necessary. Accordingly, the Initial Pre-Trial Conference currently scheduled for March 23, 2022 is hereby adjourned. The Court will enter the proposed case management plan with modifications and, by separate order, refer the Parties for settlement before the assigned Magistrate Judge.

**SO ORDERED.**

**Date: March 17, 2022**                                                                                 **MARY KAY VYSKOCIL**
**New York, NY**                                                                                     **United States District Judge**