```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONG FENG LIU,

                Plaintiff,

-against-

TOYOTA MOTOR CREDIT CORPORATION and
EQUIFAX INFORMATION SERVICES LLC,

                Defendants.

1:21-cv-10692-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that the Plaintiff Yong Feng Liu and Defendant Equifax Information Services LLC have reached a settlement in principle. [ECF No. 37]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued solely as to Defendant Equifax Information Services LLC without costs to any party and without prejudice to restoring the action to this Court's calendar if the Parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 18, 2022. If no such application is made by that date, today's dismissal of the action solely with respect to Defendant Equifax Information Services LLC is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: March 17, 2022
      New York, NY

                                      */s/ Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**