UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONG FENG LIU,

                Plaintiff,

-against-

TOYOTA MOTOR CREDIT CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

1:21-cv-10692-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On March 17, 2022, the Court entered a Case Management Plan that set a further status conference with the Parties for June 1, 2022. [ECF No. 39]. Pursuant to the Case Management Plan, the Parties were directed to file a joint letter regarding the status of the case one week before the June 1 conference. [ECF No. 39 at 4]. To date, the Parties have not submitted the joint letter.

Accordingly, IT IS HEREBY ORDERED that the status conference set for June 1, 2022 is adjourned to June 29, 2022 at 3:30pm. The Parties are directed to file a joint status letter one week in advance of the conference. **Counsel and the parties themselves are on notice that failure to comply with the Court's orders and Rules may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

SO ORDERED.

**Date: May 26, 2022**
       **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**