USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONG FENG LIU,

           Plaintiff,

-against-

TOYOTA MOTOR CREDIT CORPORATION,

           Defendant.

1:21-cv-10692 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Defendant Toyota Motor Credit Corporation stating that the Parties have reached a settlement in principle. [ECF No. 51]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 8, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **June 3, 2022**
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**